IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SANDRA K. WIGGINS, | ) |
| Plaintiff, | ) |
| v. | ) CV 105-167 |
| LINDA S. MCMAHON, Acting Commissioner of Social Security Administration,[1] | ) |
| Defendant. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **AFFIRMED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 7th day of February, 2007, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of the fact that on January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), the Clerk is **DIRECTED** to substitute Linda S. McMahon as the Defendant in this case.